UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Criminal No. 07-10249-JLT |
| LUIS ALIX, | * |
| | * |
| Defendant. | * |

ORDER

March 13, 2014

TAURO, J.

Having reviewed Magistrate Judge Bowler's Report and Recommendation [#283], and Defendant's objections thereto, this court ACCEPTS and ADOPTS the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's Motion for Writ of Habeas Corpus [#265] is DENIED. This case shall remain CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge